UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. WHITEHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV483 CDP |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants City of St. Louis, the St. Louis Board of Police Commissioners, Members Comprising the Board of Police Commissioners, the Department of Asset Removal and its Known and Unknown Members, Terrell Robinson, Maurice Jackson, and several Known and Unknown Defendants, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 11th day of June, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE