UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. WHITEHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09-CV-483 CDP |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on plaintiff's notice of appeal [Doc. #10]. Plaintiff, a prisoner, has not submitted a motion to proceed in forma pauperis on appeal or a prison account statement as required by 28 U.S.C. § 1915(a). As a result, the Court will order plaintiff to submit, withing thirty days, a motion to proceed in forma pauperis on appeal and a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a motion to proceed in forma pauperis on appeal and a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal within thirty (30) days of the date of this Order. See 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of

the Court's form "Motion to Proceed In Forma Pauperis - Prisoner Cases."

Dated this 31st day of July, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE