UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES E. WHITEHEAD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CV483 CDP |
| BOBBY LEE GARRETT, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

Defendant Bobby Lee Garrett indicates that discovery requests he sent to plaintiff have been returned with the envelopes marked "moved." Under Local Rule 2.06 of the Local Rules for the Eastern District of Missouri, plaintiff is required to promptly notify the Clerk of this Court and all other parties of any change in his address and telephone number, and his failure to do so may result in the dismissal of this action. According to the Bureau of Prisons, it appears that plaintiff currently resides at FCI Fort Worth, P.O. Box 15330, Fort Worth, Texas 76119. Plaintiff is reminded that he must comply with all Local Rules, and that he is the plaintiff in this case and must prosecute it if he wants it to go forward.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday, June 3, 2010**, plaintiff James E. Whitehead must show cause why he has failed to update the Clerk of the Court of his current address, in violation of Local Rule 2.06.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail this Order to plaintiff at the address listed above.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of May, 2010.