UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. WHITEHEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV483 CDP |
| | ) | |
| BOBBY LEE GARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On May 21, 2010, I ordered plaintiff to show cause explaining why he failed to update the Clerk of the Court of his current address, in violation of Local Rule 2.06 of the Local Rules for the Eastern District of Missouri.  Plaintiff has filed a notice indicating that he was transferred between Federal Bureau of Prison facilities but continued to receive correspondence from this Court, so he believed the Court was aware of his current address.  I will excuse his delay in this instance, but I remind plaintiff that he must comply with the Case Management Order entered in this case, as well as the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Missouri.  Plaintiff is also reminded that, under the Case Management Order, he is required to provide defendant with (1) disclosures required by Fed. R. Civ. P. 26, (2) answers to defendant's

interrogatories, and (3) documents as requested by defendant. He is also required to respond in writing to all of defendant's motions.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss [#30] is denied.

**IT IS FURTHER ORDERED** that, no later than **Monday, June 21, 2010**, plaintiff must provide defendant with (1) the disclosures required by Fed. R. Civ. P. 26, (2) answers to defendant's interrogatories, and (3) all documents requested by defendant in his request for production of documents.

**Failure to comply with the provisions of this Order will result in the imposition of sanctions**.

*Catherine D. Perry*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of June, 2010.